DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**NOLAN M. WOODS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-2229

[November 6, 2025]

Appeal of order denying rule 3.853 motion from the Fifteenth Judicial Circuit, Palm Beach County; Howard K. Coates, Jr., Judge; L.T. Case No. 50-2008-CF-009777-AXXX-MB.

Nolan M. Woods, South Bay, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., CONNER and FORST, JJ., concur.

\*      \*      \*

***Not final until disposition of timely-filed motion for rehearing.***